CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

JUL 11 2007

JOHN F. CORCORAN, CLERK
BY: ~~_____~~
DEPUTY CLERK

| | | |
|---|---|---|
| ROBERT WILLIAM CHAPMAN, | ) | |
| Plaintiff, | ) | Civil Action No. 7:07-cv-00327 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| VIRGINIA PAROLE BOARD, et. al., | ) | By: Hon. James C. Turk |
| Defendant(s). | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C.

§1915A(b)(1), and stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to plaintiff.

ENTER: This _11th_ day of July, 2007.

_____
Senior United States District Judge

Dockets.Justia.com